# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Federation for American Immigration Reform )
*Plaintiff* )
)
v. ) Civil Action No.
)
U.S. Immigration & Customs Enforcement )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   United States Immigration & Customs Enforcement
500 12th St., SW
Washington, D.C. 20024

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David L. Jaroslav
Federation for American Immigration Reform
25 Massachusetts Ave, NW, Ste 330
Washington, DC 20001

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*