AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Federation for American Immigration Reform | ) |
| *Plaintiff* | ) |
| v. | ) Case No. |
| U.S. Immigration & Customs Enforcement | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federation for American Immigration Reform (FAIR)

Date: 10/09/2025

*Attorney's signature*

David L. Jaroslav, DC Bar No. 90021286
*Printed name and bar number*
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001

*Address*

djaroslav@fairus.org
*E-mail address*

(202) 328-7004
*Telephone number*

(202) 387-3447
*FAX number*