CO-386
10/2018

# United States District Court
# For the District of Columbia

Federation for American Immigration Reform )
)
)
)
       vs    Plaintiff )   Civil Action No._____
)
United States Immigration and )
Customs Enforcement )
)
          Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Federation for American Immigration Reform__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Federation for American Immigration Reform__ which have any outstanding securities in the hands of the public:

The Federation for American Immigration Reform is a nonprofit organization that does not have any parent corporations or subsidiary corporations or issue stock and, consequently, there exist no outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

**DC Bar # 900121286**
BAR IDENTIFICATION NO.

**David L. Jaroslav**
Print Name

25 Massachusetts Ave, NW, Ste 330
Address

Washington, DC     20001
City     State     Zip Code

202-328-7004
Phone Number