AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Federation for American Immigration Reform )
*Plaintiff* )
v. ) Case No. 1:25-cv-3619
U.S. Immigration and Customs Enforcement )
*Defendant* )

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federation for American Immigration Reform (FAIR)   .

Date: 10/09/2025

*Attorney's signature*

Mateo Forero-Norena (DC Bar No. 90002605)
*Printed name and bar number*

Federation for American Immigration Reform
25 Massachusetts Ave. N.W., Suite 330
Washington, D.C. 20001
*Address*

mforero@fairus.org
*E-mail address*

(202) 328-7004
*Telephone number*

(202) 387-3447
*FAX number*