CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

FEDERATION FOR AMERICAN IMMIGRATION REFORM
Plaintiff(s)

vs.

Civil Action No. **1:25-cv-3619**

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
Defendant(s)

## AFFIDAVIT OF MAILING

I, **DAVID L. JAROSLAV**, hereby state that:

On the **9th** day of **OCTOBER**, **2025**, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Civil Process Clerk, US Attorney's Office for DC, 601 D St., NW, Washington, DC 20530

I have received the receipt for the certified mail, No. _____
(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the **16th** day of **OCTOBER**, **2025**.

I declare under penalty of perjury that the foregoing is true and correct.

**OCTOBER 23rd, 2025**
(Date)

_(Signature)_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
USAO for DC
Washington, DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Erie. Sarah_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name) 
OCT 16 2025

C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

INSPECTED 3

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label)

Domestic Return Receipt

102595-02-M-1035

PS Form 3811, August 2001

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FAIR
25 Massachusetts Ave, NW #330
Washington, DC 20001
ATTN: DAVID