CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

FEDERATION FOR AMERICAN IMMIGRATION REFORM
Plaintiff(s)

Civil Action No. 1:25-cv-3619

vs.

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
Defendant(s)

## AFFIDAVIT OF MAILING

I, DAVID L. JAROSLAV, hereby state that:

On the 9th day of OCTOBER, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General, U.S. Dept. of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530-0001

I have received the receipt for the certified mail, No. 7002 3150 0003 3823 3509 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 16th day of OCTOBER, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

OCTOBER 23rd, 2025
(Date)

(Signature)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  *Evie Sassok*  ☐ Agent  ☐ Addressee<br>X<br>B. Received by (Printed Name) OCT 16 2025  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Attorney General<br>US DOJ<br>950 Penn. Ave., NW<br>Washington, DC<br>20530 - 0001 | <br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 7002 3150 0003 3823 3509 | |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1035 |

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FAIR
25 Massachusetts Ave NW #330
Washington, DC 20001
ATTN: DAVID