UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　Defendant. | Civil Action No. 25-3619 (ACR) |

## NOTICE OF APPEARANCE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Allison I. Brown as counsel for Defendant U.S. Immigration and Customs Enforcement, in the above-captioned case.

Dated: November 24, 2025　　　　　　Respectfully submitted,
Washington, DC
　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　By:　 */s/ Allison I. Brown*
　　　　　　　　　　　　　　　　　　　　ALLISON I. BROWN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 252-7822
　　　　　　　　　　　　　　　　　　　　allison.brown2@usdoj.gov

　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*