UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      Defendant. | Civil Action No. 25-3619 (ACR) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant U.S. Immigration and Customs Enforcement, by and through undersigned counsel, respectfully moves to extend its deadline to answer or respond to Plaintiff's Complaint—from December 1, 2025, to January 13, 2026. Counsel for Defendant conferred with Plaintiffs under Local Civil Rule 7(m). Plaintiffs courteously consented to the relief sought herein. The grounds for this motion are as follows.

Plaintiff filed this Freedom of Information lawsuit on October 9, 2025, seeking an order compelling Defendant to produce records relating to an immigration enforcement operation closed by the Biden administration entitled Operation Talon. *See* Compl. (ECF No. 1). Defendant was served with the Summons and Complaint on October 16, 2025, when they were received by certified mail at the United States Attorney's Office for the District of Columbia.

There is good cause for this first requested extension. Undersigned counsel was just recently assigned to this matter and requires additional time to review the background of the case and discuss the matter with assigned agency counsel. Additionally, the agency requires additional

time to research the facts underlying this matter to understand plaintiff's claims and provide guidance to the undersigned about this action.

This motion is filed in good faith, not for purposes of gaining any unfair advantage through delay, and is supported by good cause. This is Defendant's first request for an extension of time in this case. There are not yet other deadlines in this case. Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff nor will it adversely affect this Court's orderly administration of this matter. Indeed, Plaintiff's consent indicates that it will not suffer any prejudice.

For these reasons, Defendant respectfully requests that the Court extend the time for it to file a motion to dismiss, to answer, or otherwise respond to the Complaint through January 13, 2026, as proposed in the attached proposed order.

Dated: November 24, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   _/s/ Allison I. Brown_
        ALLISON I. BROWN
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 252-7822
        allison.brown2@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERATION FOR AMERICAN
IMMIGRATION REFORM,

        Plaintiff,

        v.                             Civil Action No. 25-3619 (ACR)

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        Defendant.

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to answer/respond to the Complaint, for good cause shown, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including January 13, 2026, to file an answer or response to the Complaint.


SO ORDERED:


_____         _____
Dated                                            Ana C. Reyes
                                                 United States District Judge