UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        Defendant. | Civil Action No. 25-3619 (MJS) |

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's February 4, 2026, Minute Order, Plaintiff Federation for American Immigration Reform and Defendant U.S. Immigration and Customs Enforcement, by and through undersigned counsel, hereby submit the following joint proposed schedule for further proceedings in this Freedom of Information Act ("FOIA") matter, filed on October 9, 2025. *See* Compl. (ECF No. 1).

1. The records at issue in this action relate to an immigration enforcement operation closed by the Biden administration entitled Operation Talon.

2. Defendant has produced all responsive, non-exempt documents to Plaintiff. Plaintiff objects to the withholdings and redactions. Defendant's position is that the specified exemptions govern these records and redactions, as they consist of internal emails, strategy outlines, planning and or preparation materials, documents containing personal identifiable information and operational materials related to this operation.

3. The parties believe the Court will be able to resolve this matter on summary judgment and propose the following briefing schedule:

| | |
|---|---|
| June 10, 2026: | Defendant's summary judgment motion |
| July 10, 2026: | Plaintiff's opposition to summary judgment and any cross-motion for summary judgment |
| August 7, 2026: | Defendant's reply in support of summary judgment and opposition to cross-motion |
| September 4, 2026: | Plaintiff's reply in support of cross-motion for summary judgment |

4. To the extent the partial government shutdown lasts for an extended time period, Defendant expects to request a revised briefing schedule, as staff handling FOIA operations and litigation support are furloughed.

Dated: February 17, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Mateo Forero-Norena*
Mateo Forero-Norena, DC Bar No. 90002605
David L. Jaroslav, DC Bar No. 90021286
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
Telephone: (202) 328-7004
Fax: (202) 387-3447
mforero@fairus.org
djaroslav@fairus.org

*Counsel for Plaintiff*

*/s/ Allison I. Brown*
ALLISON I. BROWN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7822
allison.brown2@usdoj.gov

*Attorneys for the United States of America*